UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAN SINGH GHUMAN,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSEPH B. EDLOW, *et al.,* [1]<br><br>                Defendants. | Case No. 2:25-cv-00063-JHC<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>August 28, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own attorneys' fees and costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-589, Application for Asylum and for Withholding of Removal. USCIS has adjudicated the Form I-589 and this case is now moot.

//

//

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Director, U.S. Citizenship and Immigration Services Joseph B. Edlow for Kika Scott, Department of Homeland Security Secretary Kristi Noem for Alejandro Mayorkas, and United States Attorney General Pamela Bondi for Merrick Garland.

DATED this 28th day of August, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | MULTANI LAW GROUP, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | *s/ Jashan Multani*<br>JASHAN MULTANI, WSBA No. 60073<br>Multani Law Group, PLLC<br>512 W Meeker St<br>Kent, Washington 98042<br>Phone: (206) 243-4219<br>Email: jashan@multanilawgroup.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 79 words, in compliance with the Local Civil Rules.*

**ORDER**

The case is dismissed without prejudice with each party to bear their own attorneys' fees and costs. It is so **ORDERED**.

DATED this 28th day of August, 2025.

                                                                                 JOHN H. CHUN
                                                                                 United States District Judge